IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORY DEAN RENAUD,

    Plaintiff,

v.

WAUPUN CORRECTIONAL INSTITUTION,
PRISON OFFICIAL ANDREW MOUNGEY,
SGT. LARSEN, TONY MELI, DR. MANLOVE,
NURSE CHRIS DEYOUNG AND ALL PRISON
OFFICIALS WHO WERE AWARE BUT
FAILED TO THERE OBLIGATED JOB,

    Defendants.

ORDER

Case No.  14-cv-351-wmc

    Plaintiff Cory Dean Renaud, a prisoner incarcerated at the Waupun Correctional Institution in Waupun, Wisconsin, has filed a proposed civil complaint.  Plaintiff requests leave to proceed without prepayment of the filing fee.  To the extent plaintiff wishes to proceed without prepaying the filing fee, because he is in jail, he must comply with the Prisoner Litigation Reform Act (PLRA), which requires plaintiff to submit a certified copy of his inmate account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint.  28 U.S.C. § 1915(a)(2).  Plaintiff has failed to submit the necessary inmate account statement.

    For this case to proceed, plaintiff must submit the certified account statement no later than June 11, 2014.  If plaintiff is found to be indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.  If plaintiff does not submit the six-month inmate account statement, I will assume that he wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Cory Dean Renaud may have until June 11, 2014 to submit a trust fund account statement for the period beginning approximately October 19, 2013 and ending approximately April 19, 2014. If, by June 11, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 19th day of May, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge